UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANDREW STRUNK,<br>on behalf of plaintiff and a class,<br><br>Plaintiff,<br><br>vs.<br><br>BURKE COSTANZA AND CARBERRY,<br>LLP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Cause No. 2:18-CV-344-PPS-APR<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs' Agreed Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [DE 51] is SO ORDERED. This action is DISMISSED WITH PREJUDICE. Each party to bear its own costs, other than the costs payable and authorized by the court as part of the Final Approved Order. [DE 46.]

SO ORDERED on December 11, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT